**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **SUZANNE KREIENKAMP**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>**v.**<br><br>**CALTON & ASSOCIATES, INC.**<br><br>Defendant. | Case No. 8:25-cv-01765 |

**NOTICE OF SETTLEMENT**

Plaintiff Suzanne Kreienkamp, together with Defendant Calton & Associates, Inc. (collectively, the "Parties"), by and through their respective counsel of record hereby give notice that they have reached a settlement, in principle. The Parties anticipate finalizing the settlement terms and filing a notice of dismissal within the next thirty (30) days and, as such, respectfully request that the Court stay all pending case deadlines.

DATED: November 10, 2025

Respectfully submitted,

*/s/ Jessica Wallace*
Jessica Wallace, Bar No. 1008325
**SIRI & GLIMSTAD LLP**
20200 West Dixie Highway, Suite 902
Aventura, Florida 33180
T: (786) 244-5660
E: jwallace@sirillp.com

Tyler J. Bean (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*Counsel for Plaintiff Kreienkamp*

*/s/ Sander R. Weiner*
Sander R. Weiner
**WOOD, SMITH, HENNING & BERMAN LLP**
1501 S. Church Avenue, Suite 200
Tampa, Florida 33629
Tel: (813) 422-6910
Fax: (813) 425-6983
Email: sweiner@wshblaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, the foregoing document was served via this Court's CM/ECF system to all counsel of record.

*/s/ Jessica Wallace*
Jessica Wallace